**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cruz Valdovinos MANCILLA,**
**Defendant–Appellant.**

**No. 07–13188**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2007.

John L. Badalamenti, Federal Public Defender, Adam Benjamin Allen, Assistant Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Cruz Valdovinos Mancilla in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mancilla's convictions and sentences are **AFFIRMED.**